AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

2014 JUL 14 PM 2: 01

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

| | |
|---|---|
| Ambac Assurance Corporation <br> *Plaintiff* <br> v. <br> Adelanto Public Utility Authority <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 09-Civ. 5087 (JFK) <br> ) <br> ) MC 14-00488 |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __03/18/2014__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: June 27, 2014

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

PAID
JUL 14 2014
Clerk, US District Court
COURT 4612

Case 2:14-mc-00488-UA   Document 1   Filed 07/14/14   Page 2 of 3   Page ID #:2
Case 1:09-cv-05087-JFK-HBP   Document 101   Filed 03/18/14   Page 1 of 2
Case 1:09-cv-05087-JFK-HBP   Document 100-1   Filed 03/18/14   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

AMBAC ASSURANCE CORPORATION,

          Plaintiff,

   v.

ADELANTO PUBLIC UTILITY AUTHORITY,

          Defendant.

---------------------------------------x

09 Civ. 5087 (JFK)

[~~PROPOSED~~] AMENDED
FINAL JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-18-14

[~~PROPOSED~~] AMENDED FINAL JUDGMENT

      For the reasons stated in this Court's Opinion & Order filed November 15, 2011 (Dkt. No. 41), Opinion & Order filed January 11, 2013 (Dkt. No. 71), Memorandum Opinion & Order filed August 29, 2013 (Dkt. No. 81) and Opinion & Order filed March 6, 2014 (Dkt. No. 98), IT IS ORDERED AND ADJUDGED that judgment be and hereby is entered in favor of Plaintiff Ambac Assurance Corporation ("Ambac") and against Defendant Adelanto Public Utility Authority ("Authority") as follows:

      1.    The Authority's First, Second, Third, Fourth, Fifth, Sixth and Seventh Counterclaims are dismissed;

      2.    Ambac is awarded judgment as to its First, Second and Fourth Claims against the Authority in the amounts of:

      (a)    $4,524,000.00, plus interest totaling $1,097,227.08 through March 31, 2013 and interest of $785.42 per day from April 1, 2013 through March 11, 2014;

      (b)    $193,186.39, plus interest totaling $8,237.61 through March 31, 2013 and interest of $33.54 per day from April 1, 2013 through March 11, 2014; and

      (c)    $1,449,352.52, plus interest totaling $119,105.67 through March

6771642v.4

Case 2:14-mc-00488-UA   Document 1   Filed 07/14/14   Page 3 of 3   Page ID #:3
Case 1:09-cv-05087-JFK-HBP   Document 101   Filed 03/18/14   Page 2 of 2
Case 1:09-cv-05087-JFK-HBP   Document 100-1   Filed 03/18/14   Page 2 of 2

31, 2013 and interest of $251.62 per day from April 1, 2013 through March 11, 2014;

    3.    As of March 12, 2014, Ambac's total award on its First, Second and Fourth Claims against the Authority is $7,760,459.37.

Dated:    New York, New York

*March 18*, 2014

_____
John F. Keenan
United States District Judge

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK
BY _____
Deputy Clerk

-2-

6771642v.4